NAOMI CHUNG (CSBN 283743)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Facsimile: (415) 484-7054
chung@defender.law

Attorney for Defendant
AARON LEWIS SOLOMONA

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON LEWIS SOLOMONA<br><br>Defendant. | Case No. CR 17-00127-SVW<br><br>**ORDER**<br><br>Sentencing Date: December 14, 2020<br>Time: 11:00 a.m.<br>Court: Hon. Stephen V. Wilson |

**ORDER**

For the reasons stated in Defendant Aaron Lewis Solomona's Administrative Motion to File Exhibits under seal, the Court orders that Exhibits 1, 2, 3, 4, and 7 to Defendant's Response to the Government's Sentencing Memorandum be filed under seal until further order of the court.

IT IS SO ORDERED.

Dated: December 11, 2020

_____
HONORABLE STEPHEN V. WILSON
United States District Judge

1